**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-CR-503-RB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TOMMY DIAZ,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On **June 8, 2011**, commencing at 1:30 p.m., the court shall conduct a revocation of supervised release hearing; at which time the defendant **SHALL** appear pursuant to the summons without further notice or order.

      Dated:  April 5, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.